✎AO 245B    (Rev. 12/11) Judgment in a Criminal Petty Case
Sheet 1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

**v.**

Andres Linares-Perez (1)

**JUDGMENT IN A
CRIMINAL CASE**

(For Offenses Committed On or After November 1, 1987)
Case Number:  22-cr-978-BGS

Jamie Elizabeth Schmid , FD
_____
Defendant's Attorney

**REGISTRATION  NO.** 74235298

THE DEFENDANT:

[X]  pleaded guilty to count(s)  1 of the Superseding Information _____

[ ]  was found guilty on count(s) _____
after a plea of not guilty.
Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| **Title & Section** | **Nature of Offense** | **Count Number(s)** |
|---|---|---|
| 8:1325 | Improper Entry by an Alien (Misdemeanor) | 1 |

The defendant is sentenced as provided in pages 2 through ____2____ of this judgment.

[ ]  The defendant has been found not guilty on count(s) _____
[X]  Count(s)  **Underlying information** _____ is    are [X]  dismissed on the motion of the United States.
[X]  Assessment: $10- WAIVED

[X]  Fine waived          [ ]  Forfeiture pursuant to order filed _____ ,  included herein.
        IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

June 06, 2022
_____
Date of Imposition of Sentence

_____

HON. BERNARD G. SKOMAL
UNITED STATES MAGISTRATE JUDGE

22-cr-978-BGS

AO 245B    (Rev. 12/11) Judgment in Criminal Petty Case
           Sheet 2 — Imprisonment

Judgment — Page ___2___ of ___2___

DEFENDANT:    Andres Linares-Perez
CASE NUMBER:       **22-cr-978-BGS**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for
a term of :

        One hundred twenty (120) days

☐ Sentence imposed pursuant to Title 8 USC Section 1326(b).

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ _____

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

            _____
                    UNITED STATES MARSHAL

    By _____
                  DEPUTY UNITED STATES MARSHAL